# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Center City Healthcare, LLC<br>    Debtor<br>_____ | Bankruptcy Case No.: 19−11466−MFW<br><br>Bankruptcy Chapter:  11 |
| Center City Healthcare, LLC<br>Hahnemann University Hospital<br>    Plaintiff<br><br>    vs.<br><br>Priority Healthcare Distribution, Inc.<br><br>    Defendant(s) | Adv. Proc. No.:  21−50946−MFW |

### JUDGMENT BY DEFAULT

On 12/28/2021 default was entered against defendant(s) Priority Healthcare Distribution, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Priority Healthcare Distribution, Inc. in the amount of $39,021 plus court filing costs in the amount of $350.00.

Date: 12/28/21

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN−433b)

United States Bankruptcy Court
District of Delaware

Center City Healthcare, LLC,
    Plaintiff

Adv. Proc. No. 21-50946-MFW

Priority Healthcare Distribution, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: van433b | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | St. Christopher's Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 28 2021 20:09:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 28 2021 20:09:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

**Name**      **Email Address**

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 28, 2021 | Form ID: van433b | Total Noticed: 4

John D. Demmy
    on behalf of Plaintiff St. Christopher's Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy
    on behalf of Plaintiff Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

TOTAL: 2